**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CLAUDE VINE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-10437** |
| **ALLSTATE INSURANCE COMPANY, ET AL.** | **SECTION: "K"(1)** |

## ORDER

Before the Court is the Motion to Strike (Rec.Doc.No. 11) of Defendants. Given that the Court has already ruled on the Motion to Remand the issues raised in Defendants' motion is now moot. Accordingly,

**IT IS ORDERED** the Motion to Strike is **DENIED** as **MOOT**.

New Orleans, Louisiana, on this __9th__ day of August, 2007.

**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**